```
      IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**CHRISTOPHER L. SIMON, #206054,**  :

    **Plaintiff,**  :

**vs.**  :  **CIVIL ACTION 15-574-KD-M**

**WARDEN MYERS,** *et al.*,  :

    **Defendants.**  :

<u>**JUDGMENT**</u>

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action be and is hereby **DISMISSED without prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

DONE this 16th day of May 2016.

                              <u>s/ Kristi K. DuBose</u>
                              KRISTI K. DuBOSE
                              UNITED STATES DISTRICT JUDGE